# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: kmarino@khmarino.com
*OF COUNSEL

August 15, 2025

**VIA ECF**

Honorable Susan D. Wigenton, U.S.D.J.
Martin Luther King, Jr. Federal
   Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *United States v. Joseph Schwartz*
              Case No. 2:22-cr-00013-SDW

Dear Judge Wigenton:

     We have just been advised that if Mr. Schwartz reports to FCI Otisville as scheduled on Sunday, August 17, 2025 at 12 p.m., he will be required to spend that day in solitary confinement. Accordingly, we write to respectfully request that your Honor order that he may instead report at 10 a.m. Monday, August 18, 2025.

     We have left a message for the Government and have not heard back yet, but wanted to make this request of your Honor as soon as possible. If it meets with your approval, we respectfully request that you grant it by So Ordering this letter.

     Thank you for your consideration of this request.

                                       Respectfully submitted,

                                       Kevin H. Marino

**SO ORDERED**

_____
Honorable Susan D. Wigenton, U.S.D.J.

cc: Daniel Rosenblum, AUSA