# Executive Grant of Clemency

# Donald J. Trump

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO THE INDIVIDUAL NAMED BELOW

A FULL AND UNCONDITIONAL PARDON

For those offenses against the United States individually enumerated and set before me for my consideration:

United States v. Schwartz, 2:22-CR-00013-SDW

JOSEPH SCHWARTZ

I HEREBY DESIGNATE, direct, and empower the Pardon Attorney, as my representative, to administer and sign this grant of clemency to the person named herein. The Pardon Attorney shall declare that his action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.

*Done at the City of Washington in the District of Columbia this* 14th *day of November in the year of our Lord Two Thousand and Twenty-five and of the Independence of the United States the Two Hundred and Fiftieth.*



DONALD J. TRUMP
PRESIDENT