DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Joseph Schwartz

Defendant(s).

Criminal No. 22-13

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, David Voreacos, wish to obtain a copy of the sentencing materials submitted to the Court on 03/21/2 in this case as to defendant, Joseph Schwartz. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: dvoreacos@bloomberg.net
Address: 731 Lexington Avenue
New York, NY 10022

By: David Voreacos